FORM B9I (Chapter 13 Case)(9/97)      Case Number **04-12515-JSD**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA

## Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on July 21, 2004.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) and address):
SELLERS, RONDELL L.

2449 NORDAHL DRIVE
AUGUSTA, GA 30906

| Case Number:<br>04-12515-JSD | Social Security/Taxpayer ID Nos.:<br>XXX-XX-2272 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>G. SCOTT BUFF<br>233 A DAVIS ROAD<br>AUGUSTA, GA 30907<br>Telephone number: (706) 868-6680 | Bankruptcy Trustee (name and address):<br>Barnee C. Baxter<br>Post Office Box 2127<br>Augusta, GA 30903<br>Telephone number: (706) 724-1039 |

## Meeting of Creditors
***Debtor's Photo ID and Social Security Card Must Be Presented at the 341 Hearing***

Date: **August 24, 2004**      Time: **3:30 P.M.**

Location: 341 Meeting Room-2nd Floor, *ENTER REAR OF BUILDING*, 933 Broad Str, Augusta,GA

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
### Deadline to File a Proof of Claim:

For all creditors (except a governmental unit):      For a governmental unit:
November 22, 2004      January 18, 2005

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Filing of Plan, Hearing on Confirmation of Plan
The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation will be held:

Date: **December 6, 2004**      Time: **3:30 p.m.**

Location: **U.S. Courthouse, 500 East Ford Street, Augusta, GA 30901**

## Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, debtor's property, and certain codebtors. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

OTHER MATTERS. At confirmation the court will conduct a hearing on any objections to debtor's claim of exemptions, and any motion to value collateral or to avoid liens as set forth in the Plan. Objections to the plan, valuation or lien avoidance shall be filed 5 days prior to confirmation
All creditors and their counsel who file proof of claim are required to serve by first class mail, a true copy of such proof of claim and all attachments thereto upon the Debtor's Counsel of Record whose address is shown on the Notice of the Meeting of Creditors.

| **Address of the Bankruptcy Clerk's Office:**<br>Michael F. McHugh<br>P. O. Box 1487<br>Augusta, Georgia 30903<br>    Telephone number: 706-724-2421 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Michael F. McHugh |
|---|---|
| Hours Open:<br>8:30 a.m. to 5:00 p.m. | Date:<br>July 22, 2004 |

3,4,5,6

FORM B10 (Official Form 10)(4/04)                                                                 Case Number: 04-12515-JSD

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA

**PROOF OF CLAIM**

| Name of Debtor | Case Number |
|---|---|
| SELLERS, RONDELL L. | 04-12515-JSD |

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503

Name of Creditor (The person or other entity to whom the debtor owes money or property):

Name and Address where notices should be sent:

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

04-12515-JSD

THIS SPACE IS FOR COURT USE ONLY

Telephone Number:

Account or other number by which creditor identifies debtor:     Check here if   ☐ replaces   ☐ amends   a previously filed claim, dated _____

**1. Basis for Claim**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries, and compensation (fill out below)
Your SS #: ___ ___ ___
Unpaid compensation for services performed
from _____ to _____
    (date)         (date)

**2. Date debt was incurred:**

**3. If court judgment, date obtained:**

**4. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:** Net Balance
$_____ (Unsecured)    $_____ (Secured)    $_____ (Unsecured Priority)    $_____ (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
☐ Other_____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(4).
☐ Up to $ 2225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): | All creditors and their counsel who file a proof of claim are required to serve by first class mail, a true copy of such proof of claim and all attachments thereto upon the Debtor's Counsel of Record whose address is shown on the Notice of the Creditors Meeting | Mail Executed Proof to CLAIMS CLERK P.O. Box 1487 Augusta, GA 30903 |
|---|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

\* Show Creditors SS# or Tax ID# and Office Code Here: _____    (To be used solely for purpose of processing claim.
(Banks show Bank Routing Number)    If number not shown, claim cannot be processed.)