## United States Bankruptcy Court
## For the Southern District of Georgia

In the matter of:  Debtor                     ) Chapter 13
RONDELL L. SELLERS                     )
2449 NORDAHL DRIVE                    ) Case No: 04-12515
AUGUSTA, GA 30906                     ) SSN:  XXX-XX-2272
                                            )

### ORDER UPON EMPLOYER DIRECTING DEDUCTIONS FROM INCOME
### AND REMITTANCE OF DEDUCTIONS TO TRUSTEE

TO: DFAS INDIANAPOLIS CENTER        Employer No. 111123
    8899 E 56TH ST
    ATTN DFAS-GAC/IN MAIL STOP #22
    INDIANAPOLIS  IN 46249-0160

The above-named debtor has a Chapter 13 Case pending in this Court.  The debtor's earnings are subject to the jurisdiction of the Court and the debtor's employer is subject to such orders as may be required to effectuate the provisions of the debtor's proposed Chapter 13 plan.

**IT IS THEREFORE ORDERED THAT:**
1. Until further notice of the Court, you are *required and directed to pay to:*

**CHAPTER 13 TRUSTEE**        Federal ID-No.:  58-1914944
**P.O. BOX 2127**
**AUGUSTA, GEORGIA  30903**

        the sum of $     70.21     WEEKLY       or
                  $     140.42     BI-WEEKLY     or
                  $     152.00     SEMI-MONTHLY   or
                  $     304.00     MONTHLY.

The deductions should be made regularly on a pro rata basis from the debtor's periodic pay but may be remitted to the Trustee in one monthly payment by the 25th of each month.
2. THE DEBTOR'S NAME AND CASE NUMBER SHALL ACCOMPANY ALL PAYMENTS.
3. If a summons of garnishment concerning this debtor has been served on you, this Chapter 13 case automatically enjoins and stays the continuation of that garnishment proceeding and any act to proceed further with that garnishment proceeding.  You are enjoined and stayed from making any further deductions from debtor's income on account of said garnishment and are ordered to remit immediately to the Trustee any sums already deducted and not yet paid over to the garnishing court.
4. You may not deduct any sum from the debtor's earnings for any expenses for administering this Order unless approved by the Court upon application.
5. If the employer objects to this Order, the employer must file a written objection with the United States Bankruptcy Court, P.O. Box 1487, Augusta, GA 30903.
6. You shall immediately cease paying deductions of every kind except deductions required for state and federal income taxes, health insurance, social security contributions, retirement or pension plan contributions, union dues, and current child support.
7. FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN FINES OR OTHER SANCTIONS AGAINST YOU.
Dated August 3, 2004.

cc:G SCOTT BUFF
    233 A DAVIS RD

                             John S. Dalis
    AUGUSTA GA      30907                United States Bankruptcy Judge

(PLEASE SEE BACK FOR FURTHER INSTRUCTIONS)      (S1)II.165.07/02