# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE
## SOUTHERN DISTRICT OF GEORGIA

In the matter of: RONNELL L. SELLERS
Debtor(s)

Chapter 13 Case Number 04-12515

## TRUSTEE'S MOTION TO CONFIRM PLAN, AS AMENDED

Trustee moves that Debtor(s)' plan as amended herein be confirmed. The plan, as amended, commits Debtor(s)' disposable income to the plan for a period of at least thirty-six (36) months and otherwise conforms to the requirements of Title 11. The plan, as amended, in order to meet the liquidation test of S1325(a)(4) will pay $_____ or more to unsecured creditors, but in any event, will pay not less than 10% of the total allowed unsecured claims.

Debtor(s)' plan is amended to

- 0  raise payments/extend plan as follows: _304/mo for 52 months_

- 0  change valuation(s) as follows: _____

- X  (allow/modify/disallow claims as follows: _Allow claim of Prime Financial for $200 (Jr.) at 12% int._

- 0  allow the following creditors, a period of _____ days following confirmation to liquidate the collateral surrendered under the debtor's plan and to file any deficiency general unsecured claim subject to any party in interest's right to object to any subsequent claim: _____

- 0  retain the right to file objections by the Debtor(s) to the following claims within 30 days of confirmation. _____

- 0  other: _____

Trustee certifies that none of the foregoing amendments require notice to parties, other than those whose consent has been given.

12/6/04

_____
Chapter 13 Trustee/Attorney

If applicable:

_____
Debtor

_____
Creditor's Counsel

_____
Codebtor

_____
Creditor's Counsel

_____
Debtor(s)' Counsel

_____
Creditor's Counsel