IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

In Re:

RONDELL L. SELLERS
2449 NORDAHL DRIVE                    )   Chapter 13 Case No. 04-12515
AUGUSTA, GA   30906                   )
                                      )   Social Security No.(s)
                                      )       XXX-XX-2272
Debtor(s)                             )       XXX-XX-

TRUSTEE'S REPORT ON CONFIRMATION

On Dec 06, 2004, the Bankruptcy Court confirmed the above debtor's plan with a dividend to unsecured creditors of not less than  ten percent               .  Disbursements shall be made by the Trustee to the following creditors:

| Claim No. | Creditor Name | Claim Status | Claim Amount |
|---|---|---|---|
| 1.00 | PIONEER MILITARY LENDING | SECURED | $ 1,550.54 |
| 2.00 | E N T FEDERAL CREDIT UNIO | UNSECURED | $ 5,819.35 |
| 3.00 | ECAST SETTLEMENT CORP | UNSECURED | $   314.57 |
| 4.00 | DRIVE FINANCIAL SERV | SECURED | $ 8,200.00 |
| 4.10 | DRIVE FINANCIAL SERV | UNSECURED | $   543.48 |
|  | G SCOTT BUFF |  | $ 1,500.00 |
|  | CLERK OF U S BANKRUPTCY C |  | $   155.00 |

Office of the Chapter 13 Trustee
P. O. Box 2127
Augusta, GA   30903
(706) 724-1039

(P1)II.96.06/02

2004 DEC 22 PM 3:47
U.S. BANKRUPTCY COURT
AUGUSTA, GA

(14)

2

CERTIFICATE OF SERVICE BY CHAPTER 13 TRUSTEE
OF TRUSTEE'S REPORT ON CONFIRMATION

In Re:

RONDELL L. SELLERS
Case No.  04-12515

I hereby certify that at my direction a copy of the Trustee's Report on Confirmation was mailed to each of the debtors, their attorneys and all parties who filed claims in this case by first-class mail with sufficient postage attached to insure delivery.

*Linda Ely*

December 22, 2004

For the Office of the Chapter 13 Trustee
P. O. Box 2127
Augusta, GA  30903
Phone Number:  706-724-1039

II.097.06/02