10-APR '07 #10:14

## OFFICE OF THE TRUSTEE
## CHAPTER 13
## P O BOX 2127
## AUGUSTA, GA 30903

Barnee C. Baxter  
Trustee

Telephone  
(706) 724-1039  
(800)292-2883  
FAX: (706)724-1096

April 10, 2007

DFAS INDIANAPOLIS CENTER  
8899 E 56TH ST  
ATTN DFAS-GAC/IN MAIL STOP #22  
INDIANAPOLIS, IN 46249-0160

RE: Case # 04-12515

Dear Sir/Madam:

    Our records show that your employee has moved. If you have his/her current address, please print the address in the section below and return this letter. We greatly appreciate your help.

    Below is the last current address that we have for your employee:

RONDELL L. SELLERS       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  
HQ 67TH SIG BN S-1  
FT GORDON, GA 30905

    If you have any questions, please feel free to contact our office using one of the numbers above.

Sincerely,  
Office of the Chapter 13 Trustee

New Address:

Name: _____

Street: _____

City: _____

State: _____  Zip Code: _____

Signature: _DFAS-IN_   Date: _4-16-07_



A CO 602 AVN BN
CAMP HUMPHREYS
APO
AP
96271
5725

Find   Main Menu