IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN THE MATTER OF: ) | Chapter 13 |
| RONDELL L. SELLERS ) | |
| **NO CURRENT ADD** ) | Case No: 04-12515 |
| ) | SSN: XXX-XX-2272 |
| ) | |

TO: DFAS-HGA/CL
    P O BOX 998002
    ATTN: PAYROLL
    CLEVELAND, OH 44199-8002

## RELEASE OF WAGES

The Order heretofore entered in these proceedings by which the debtor's employer was required to pay debtor's earnings, or a portion thereof, to:

    OFFICE OF THE CHAPTER 13 TRUSTEE - AUGUSTA
    P.O. BOX 102173
    ATLANTA, GEORGIA 30368-2173

is vacated and the above-named employer will henceforth account directly to the employee for wages earned.

DATED February 12, 2009

_Susan D Barrett_
United States Bankruptcy Judge

cc: G SCOTT BUFF
    526 SUGARLOAF RESERVE DR
    DULUTH, GA 30097

Order-164 Release of Wages 2/12/09 TES